IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION



LARRY GROOMS,  }
    Plaintiff,  }   CIVIL ACTION NO.
      }   04-AR-0499-J
v.  }
      }
ALABAMA POWER COMPANY,  }
    Defendant.  }

## MEMORANDUM OPINION

Before the court is the motion for summary judgment (Doc. #5) and evidentiary submissions (Doc. #6) filed on April 20, 2004 by defendant, Alabama Power Company ("APCo"). APCo asserts that plaintiff, Larry Grooms ("Grooms"), failed to exhaust his administrative remedies as required by 29 U.S.C. § 626(d), because he never filed a charge with the Equal Employment Opportunity Commission ("EEOC") before commencing his federal age-discrimination action. APCo likewise asserts that Grooms' claims pursuant to the Alabama Age Discrimination Act are barred. The court required Grooms to respond to APCo's motion by May 4, 2004. On that date, Grooms moved for a ten-day extension, which the court granted. If Grooms had desired to respond to APCo's Rule 56 motion, he had to do so by May 14, 2004. There being no response, defendants' motion automatically came under submission.

The dispositive fact that Grooms failed to exhaust his administrative remedies and timely file this action pursuant to



federal and state law is undisputed. The court, therefore, necessarily finds that APCo is entitled to judgment as a matter of law. Accordingly, APCo's motion for summary judgment will be granted by separate order.

DONE this 21st day of May, 2004.

                                      WILLIAM M. ACKER, JR.
                                    UNITED STATES DISTRICT JUDGE